IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO. 1:24cr11-TBM-BWR-1

ELIJAH PORTER

## MOTION TO SUPPRESS

Comes now the Defendant, Elijah Porter, through the undersigned counsel, and files the instant motion seeking to suppress all evidence obtained as a result of an unconstitutional search and seizure that occurred on or about January 24, 2024. For the reasons set forth in his accompanying Memorandum, Mr. Porter submits that the search and seizure violated the Fourth Amendment and thus all evidence obtained must be excluded. Mr. Porter requests an evidentiary hearing on this motion to resolve any remaining issues of law or fact.

Respectfully submitted this the 24th day of May, 2024.

**ELIJAH PORTER**
Defendant

By:    */s/Lauren Hillery*
Lauren Hillery (MSB #103253)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th St., Suite 902
Gulfport, MS  39501
Telephone: 228-865-1202
Facsimile: 228-867-1907
Email: lauren_hillery@fd.org
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

I, Lauren Hillery, hereby certify that on this day I electronically filed the foregoing motion with the Clerk of the Court using ECF system which sent notification of such filing to the Assistant United States Attorney Hunter McCreight.

This the 24th day of May, 2024.

*/s/Lauren Hillery*
Assistant Federal Public Defender