## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES**

v.  CRIMINAL NO. 1:24-cr-11-TBM-BWR

**ELIJAH PORTER**

### ORDER

This matter came before the Court on Elijah Porter's Motion to Suppress [25], [27], and his Motion to Dismiss the Indictment [29]. At the hearing conducted on July 12, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record on July 12, 2024, Elijah Porter's Motion to Suppress [25] is DENIED in part and TAKEN UNDER ADVISEMENT in part. As discussed at the hearing, the parties must provide supplemental briefing on the validity of the initial stop by July 25, 2024.

IT IS FURTHER ORDERED AND ADJUDGED that for the reasons stated on the record on July 12, 2024, Elijah Porter's Motion to Suppress [27] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that for the reasons stated on the record on July 12, 2024, Elijah Porter's Motion to Dismiss the Indictment [29] is DENIED.

THIS, the 12th day of July, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE