IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES

v.                                                    CRIMINAL NO. 1:24-cr-11-TBM-BWR

ELIJAH PORTER

### ORDER

At the hearing on July 12, 2024, the Court took under advisement a portion of Defendant Elijah Porter's Motion to Suppress [25]—specifically, whether the traffic stop itself was lawful. At the hearing conducted on August 2, 2024, the Court announced on the record its detailed findings and conclusions on this remaining issue. Having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, the Court concluded that Officer Hoggard initiated a valid traffic stop.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record on August 2, 2024, the remaining portion of Elijah Porter's Motion to Suppress [25] is DENIED.

THIS, the 5th day of August, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE